Terry L. SHELTON *v.* James T. SHELTON

88-14                                   745 S.W.2d 627

Supreme Court of Arkansas
Opinion delivered March 7, 1988

*Friday, Eldredge & Clark*, by: *James C. Baker, Jr.*, for appellant.

*Biscoe Bingham*, for appellee.

PER CURIAM. Petitioner's motion to withdraw as counsel is granted subject to the petitioner furnishing the clerk of this court with evidence reflecting counsel has promptly notified the appellant that the new date for filing her brief has been extended to April 18, 1988, and that this case may be dismissed if appellant fails to file a brief on or before April 18th.